IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PAMELA B. BRAZIEL,  )
 )
    Plaintiff,  )
 )
V.  )   CIVIL ACTION NO. CV606-107
 )
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
 )
    Defendant.  )

## ORDER

The Commissioner has filed a motion seeking entry of an order of remand pursuant to Sentence Four of 42 U.S.C. § 405(g). Sentence Four provides that this court has the power to enter "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

Upon consideration of the motion, it is ORDERED that judgment shall enter reversing the final decision of the Commissioner; and further, that the cause is REMANDED to the Commissioner for rehearing. On remand, the Administrative Law Judge ("ALJ") will be instructed to:

- update Plaintiff's medical records;

- re-assess the severity of Plaintiff's mental impairments at Step 2, affording the proper weight due to the Special Education Department's report (Tr. 127) based on an accurate interpretation of its contents;

- re-assess Plaintiff's residual functional capacity ("RFC") to include any functional limitations resulting from her mental impairments;

- conduct another administrative hearing with vocational expert testimony as needed to clarify the impact of Plaintiff's revised RFC on her access to the

- relevant occupational base; and

- issue a new decision based on the total record which assigns weight to all record medical opinions in accordance with Social Security Ruling 96-6p and 20 C.F.R. §§ 404.1527, 416.927.

SO ORDERED this 30th day of May, 2007.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate