# United States District Court
## Southern District of Georgia

PAMELA B. BRAZIEL,
               Plaintiff,

### JUDGMENT IN A CIVIL CASE

               **V.**
                               CASE NUMBER:   CV606-107

MICHAEL J. ASTRUE, Commissioner of
Social Security,
               Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with the Court's Order of May 30, 2007, Judgment is entered reversing

the final decision of the Commissioner and remanding the cause to the Commissioner for

rehearing.  This action stands closed.

May 31, 2007
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*